IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| MARIANA SEFO, | Case No.: 2:25-cv-01036-GJL |
| Plaintiff, | |
| v. | [PROPOSED] ORDER |
| COLUMBIA DEBT RECOVERY, LLC, | |
| Defendants. | |

AND NOW this __6__ day of __June__, 2025, upon review of Defendant's Unopposed Motion for Extension of Time, it is hereby **ORDERED** that:

1. Said motion is **GRANTED**.

2. Defendant Columbia Debt Recovery, LLC is granted leave to file a response to Plaintiff's Complaint up to and including July 8, 2025.

_____
Judge

ORDER - 1
(CASE NO. 2-25-CV-01036)